# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PEDRO LEYVA,<br><br>　　　　　　　Defendant. | Case No. 20cr3601-LAB<br><br>JUDGMENT AND **ORDER OF DISMISSAL AND EXONERATION OF BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment [ECF No. 11] in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated.

**SO ORDERED.**

DATED: July 9, 2021

　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　United States District Judge